268 So.2d 256

Daniel DEVER

v.

EMPLOYERS LIABILITY ASSURANCE CORPORATION, LTD., et al.

No. 52933.

Nov. 16, 1972.

Application denied. On the facts found by the Court of Appeal, there is no error in the judgment complained of.

BARHAM, J. is of the opinion the writ should be granted, believing there was a statutory violation by defendants of R.S. 40:1672 & 40:1682 which was a cause in fact of the injury. Defendants owed a duty to plaintiff which encompassed the risk which gave rise to the injury. They are liable under Civil Code Art. 2315.

TATE, J., concurs in BARHAM, J.'s reasons for granting the writ.